LOUIS SIGETY, Respondent, *v.* GARMENT CENTER CAPITOL, INC., Appellant.

(Argued May 20, 1931; decided June 9, 1931.)

*Benjamin C. Loder* for appellant.

*Harold W. Hayman* and *William A. Hyman* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed, and complaint dismissed, with costs in all courts, on the ground there is no evidence of defendant's negligence; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.